THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT DE FREITAS, Appellant, against WALTER B. MARTIN, as Warden of Attica State Prison, Respondent.

Submitted April 2, 1945; decided April 12, 1945.

*Albert de Freitas*, in person, for motion.

*Nathaniel L. Goldstein, Attorney-General* (*Wortley B. Paul* of counsel), opposed.

Motion denied on the ground that no appeal lies to this court from either order.